IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Yarbrough, Wilma B | Case Number: 07 B 12175 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 7/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 9, 2008
Confirmed: August 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,720.00 | |
| Secured: | | 3,069.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 450.14 |
| Trustee Fee: | | 200.86 |
| Other Funds: | | 0.00 |
| Totals: | 3,720.00 | 3,720.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deer & Stone | Administrative | 2,774.00 | 450.14 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 4. | Community Specialists S. Commons Phase I | Secured | 34,375.88 | 2,291.76 |
| 5. | National City Bank | Secured | 5,637.53 | 777.24 |
| 6. | Household Financial Corporation | Secured | 2,562.15 | 0.00 |
| 7. | Everhome Mortgage Company | Secured | 18,049.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 161.85 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 410.08 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 39.05 | 0.00 |
| 11. | American Express Travel Relate | Unsecured | 438.39 | 0.00 |
| 12. | Capital One | Unsecured | 280.06 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 60.36 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 65.03 | 0.00 |
| 15. | American Express Centurion | Unsecured | 436.05 | 0.00 |
| 16. | Tri Cap Investment Partners | Unsecured | 1,854.97 | 0.00 |
| 17. | Tri Cap Investment Partners | Unsecured | 390.02 | 0.00 |
| 18. | Deer & Stone | Priority | | No Claim Filed |
| 19. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 20. | John P Frye, P.C. | Unsecured | | No Claim Filed |
| 21. | Thd/Cbsd | Unsecured | | No Claim Filed |
| | | | $ 67,534.42 | $ 3,519.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Yarbrough, Wilma B

Printed:  5/20/08

Case Number:  07 B 12175
Judge:  Squires, John H
Filed:  7/9/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 200.86 |
| | _____ |
| | $ 200.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

